**Solomon FARR, Plaintiff–Appellant,**

v.

**SOLANO COUNTY, Defendant–Appellee.**

No. 09–16587.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 10, 2010.*

Filed Aug. 27, 2010.

Solomon Farr, pro se.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: O'SCANNLAIN, HAWKINS, and IKUTA, Circuit Judges.

MEMORANDUM ***

Solomon Farr, a California state prisoner, appeals pro se from the district court's order denying his motion for reconsideration under Federal Rule of Civil Procedure 60(b) in his 42 U.S.C. § 1983 action. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion. *See Sch. Dist. No. 1J, Multnomah County, Or. v. ACandS, Inc.,* 5 F.3d 1255, 1262 (9th Cir.1993). We affirm.

The district court did not abuse its discretion by concluding that Farr failed to establish grounds for relief from judgment under Rule 60(b). *See id.* at 1263 (listing grounds for relief under Rule 60(b)).

**AFFIRMED.**

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.